IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHEILA CLARK,
Individually and as Personal Representative
of the Estate of Timothy Clark, deceased                                    PLAINTIFF

v.                              Case No. 4:21-cv-4008

RUSTON BENOIT, *et al*.                                                    DEFENDANTS

RUSTON BENOIT                                                       COUNTER-PLAINTIFF

v.

SHEILA CLARK,
Individually and as Personal Representative
of the Estate of Timothy Clark, deceased                            COUNTER-DEFENDANT

## ORDER

Before the Court is a Motion to Intervene filed by Sandra Benoit. (ECF No. 21). No party has responded and the time to do so has passed. See Local Rule 7.2(b). The Court finds the matter ripe for consideration.

Sandra Benoit seeks to intervene in this case pursuant to Federal Rule of Civil Procedure 24(b). Ms. Benoit states that she was a passenger in one of the two vehicles involved in the underlying collision. Further, Ms. Benoit states that this motion is unopposed. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Sandra Benoit's motion (ECF No. 21) is hereby **GRANTED**. Sandra Benoit is ordered to file her complaint in intervention within **seven (7) days of the date of entry of this order**.

**IT IS SO ORDERED**, this 23rd day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge