IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHELIA CLARK,
Individually and as Personal Representative
of the Estate of Timothy Clark, deceased                                          PLAINTIFF

v.                               Case No. 4:21-cv-4008

RUSTON BENOIT and
SABINE RIVER FORD, INC.                                                         DEFENDANTS

RUSTON BENOIT                                                            COUNTER-PLAINTIFF

v.

SHELIA CLARK,
Individually and as Personal Representative
of the Estate of Timothy Clark, deceased                                COUNTER-DEFENDNAT

v.

SANDRA BENOIT                                                                     INTERVENOR

## ORDER

Before the Court is Defendant/Counter-Plaintiff Ruston Benoit and Intervenor Sandra Benoit's ("Ruston Benoit" and "Sandra Benoit" or "Benoits") Motion to Dismiss (ECF No. 31). Plaintiff has not responded to the motion and the time to do so has passed.  The Court finds this matter ripe for consideration.

This case arises out of a motor vehicle accident which occurred on August 10, 2018.  On this date, the vehicle driven by Ruston Benoit, in which Sandra Benoit was a passenger, collided with the vehicle driven by Timothy Clark.  Clark died because of the accident and Plaintiff brought the instant lawsuit against Ruston Benoit and his employer as a result.  (ECF No. 2).  In response

to Plaintiff's Complaint, Ruston Benoit brought a negligence Counterclaim against Plaintiff, alleging that Clark was at fault for the accident. (ECF No. 15). Sandra Benoit also brought a separate Intervenor Complaint against Plaintiff alleging that Clark was negligent in the accident. (ECF No. 27). Plaintiff has filed an answer to both the counterclaim and Intervenor Complaint. (ECF Nos 20, 29).

The Benoits now ask this Court to dismiss their claims against Plaintiff with prejudice on the grounds that both claims have been settled. Because Plaintiff has responded to both the Counterclaim and Intervenor Complaint, the Benoits' claims "may be dismissed at the [Benoits'] request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that good cause has been demonstrated and that the Benoits' Motion to Dismiss (ECF No. 31) should be **GRANTED**. Ruston Benoit's Counterclaim (ECF No. 15) and Sandra Benoit's Intervenor Complaint (ECF No. 27) are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge