IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHEILA CLARK, Individually
and as Personal Representative of
the Estate of Timothy Clark, Deceased                                                    PLAINTIFF

v.                                              Case No. 4:21-cv-4008

RUSTON BENOIT and
SABINE RIVER FORD                                                                        DEFENDANTS

**ORDER**

On March 8, 2022, the parties filed a joint notice stating that they settled this case. (ECF No. 34). They stated that they would finalize the settlement and then file an appropriate request for dismissal.

To date, though, the parties have not filed their dismissal paperwork. The parties are **DIRECTED** to file a joint status update within seven days of the entry of this order. The status update should discuss whether the parties are still working toward finalizing their settlement, and if so, when they expect to file a motion to dismiss this case.

**IT IS SO ORDERED**, this 22nd day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge